DICKINSON WRIGHT PLLC
MICHAEL N. FEDER (SBN 7332)
GABRIEL A. BLUMBERG (SBN 12332)
3883 Howard Hughes Pkwy., Suite 800
Las Vegas, NV 89169
Telephone:  702-550-4400
Facsimile:   844-670-6009
MFeder@dickinsonwright.com
GBlumberg@dickinsonwright.com

*Attorneys for Defendant*
*AMERICAN HOME SHIELD*
*CORPORATION*

GIBSON, DUNN & CRUTCHER LLP
TIMOTHY W. LOOSE  (SBN 241037)
(*pro hac vice forthcoming*)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone:  213-229-7000
Facsimile:   213-229-7520
TLoose@gibsondunn.com

*Attorneys for Defendant*
*AMERICAN HOME SHIELD*
*CORPORATION*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERIN ROBERTSON, on behalf of herself and other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HOME SHIELD CORPORATION, a Delaware corporation.<br><br>Defendant. | CASE NO. 2:24-cv-01571-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT – CLASS ACTION**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff Erin Robertson, on behalf of herself and other similarly situated, and Defendant American Home Shield Corporation, and pending the Court's approval, that Defendant shall have additional thirty (30) days to answer or otherwise respond to the Complaint (ECF No. 1) filed in this matter. Defendant's current response deadline is October 21, 2024.  With the requested thirty (30) day extension, Defendant's deadline to answer or otherwise respond to the Complaint is extended to November 20, 2024.

Good cause exists for the extension set forth herein.  The parties and their counsel have been and are continuing to informally exchange information.  Recently, the parties discovered new



1

Case 2:24-cv-01571-RFB-EJY   Document 14   Filed 10/17/24   Page 2 of 2

facts that impact the basis of the claims and defenses in this case and are analyzing the issues presented by this new information. The parties request an additional thirty (30) days to assess these new facts and discuss their respective positions. This request is made in good faith and is not intended for purposes of delay.

Respectfully submitted,

Dated: October 17, 2024

DICKINSON WRIGHT PLLC

/s/ Michael N. Feder
Michael N. Feder (SBN 7332)
Gabriel A. Blumberg (SBN 12332)
3883 Howard Hughes Pkwy., Suite 800
Las Vegas, NV 89169
Telephone:  702-550-4400
Facsimile:   844-670-6009
MFeder@dickinsonwright.com
GBlumberg@dickinsonwright.com

GIBSON, DUNN & CRUTCHER LLP
Timothy W. Loose (SBN 241037)
(*pro hac vice forthcoming*)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone:  213-229-7000
Facsimile:   213-229-7520
TLoose@gibsondunn.com

*Attorneys for Defendant*
*AMERICAN HOME SHIELD*
*CORPORATION*

Dated: October 17, 2024

SMITH KRIVOSHEY, PC

/s/ Aleksandr "Sasha" Litvinov
Aleksandr "Sasha" Litvinov (SBN 95598) (*pro hac vice*)
867 Boylston Street 5th Floor #1520 Boston, MA 02116
Telephone: 617-377-7404
Facsimile: 888-410-0415
sasha@skclassactions.com

SMITH KRIVOSHEY, PC
Yeremey O. Krivoshey (SBN 295032)
(*pro hac vice*)
166 Geary Street, Suite 1500-1507
San Francisco, CA  94108
Telephone: 415-839-7077
Facsimile: 888-410-0415
yeremey@skclassactions.com

CRAIG K. PERRY & ASSOCIATES Craig K. Kerry (SBN 7164)
6120 N. Jones Blvd., #753907
Las Vegas, NV 89136
Telephone: 702-228-4777
Facsimile: 702-943-7520
cperry@craigperry.com

*Attorneys for Plaintiff*
ERIN ROBERTSON, on behalf of herself and other similarly situated

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**Dated:  October 17, 2024**

CASE NO.: 2:24-cv-01571-RFB-EJY



2